**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dennis M. Rice<br>&<br>Tammy S. Rice<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-15300 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV and index same on the master mailing list.

    Respectfully submitted,

**/s/Matteo Weiner, Esquire**
Matteo Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734