Certificate Number: 17082-PAE-DE-030192487

Bankruptcy Case Number: 17-15300



17082-PAE-DE-030192487

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on November 18, 2017, at 2:07 o'clock PM MST, TAMMY  S RICE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 18, 2017     By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director