UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dennis M. Rice and Tammy S. Rice, Debtors. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER 17-15300/REF |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV, Movant, v. | |
| Dennis M. Rice and Tammy S. Rice, Respondents/Debtors, | |
| Frederick L. Reigle Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV's Objection to Confirmation of Chapter 13 Plan filed with the Court on September 11, 2017.

                                          Respectfully submitted,

Dated:  January 26, 2018                      BY: /s/ Kevin S. Frankel
                                                      Kevin S. Frankel, Esquire
                                                       Shapiro & DeNardo, LLC
                                                       3600 Horizon Drive, Suite 150
                                                       King of Prussia, PA 19406
                                                       (610)278-6800/ fax (847) 954-4809
S&D File #:17-057518                      PA BAR ID #318323
                                                       pabk@logs.com