United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis M. Rice  
Tammy S Rice  
    Debtors

Case No. 17-15300-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Feb 21, 2018  
                       Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
```
db/jdb       +Dennis M. Rice,   Tammy S Rice,   7165 Carls Hill Road,   Zionsville, PA 18092-2208
cr           +NATIONSTAR MORTGAGE LLC, Et al.,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bnc@atlasacq.com Feb 22 2018 02:25:42     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2018 02:21:35
               NCEP, LLC by AIS Data Services, LP as agent,   PO Box 165028,   Irving, TX 75016-5028
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage, LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Pass-Through Trust IV KMcDonald@blankrome.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Pass-Through Trust IV bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARC   KRANSON    on behalf of Debtor Dennis M. Rice mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARC   KRANSON    on behalf of Joint Debtor Tammy S Rice mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NRZ REO IV CORP. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Pass-Through Trust IV bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dennis M. Rice<br>Tammy S. Rice<br>　　　　　Debtors | | CHAPTER 13 |
| U.S. Bank National Association as Trustee for<br>NRZ Pass-Through Trust IV<br>　　　　　Movant<br>vs. | | NO. 17-15300 REF |
| Dennis M. Rice<br>Tammy S. Rice<br>　　　　　Debtors | | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq.<br>　　　　　Trustee | | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$1,375.38**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | February 1, 2018 at $994.68/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| Suspense Balance: | $650.30 |
| **Total Post-Petition Arrears:** | **$1,375.38** |

2. The Debtor(s) shall cure the aforesaid arrearage while maintaining ongoing post-petition contractual mortgage payments, in the following manner:

　　a). Beginning on March 1, 2018 and continuing through August 1, 2018, until the arrearage is cured, Debtor(s) shall pay the present regular monthly mortgage payment of **$994.68** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month as contractually due (with late charges assessed after the 15th of the month), plus an installment payment towards the arrearage on or before the last day of each month in the amount of **$229.23**;

　　b). Debtor(s) shall maintain the regular monthly mortgage payments thereafter;

　　c). The current payment address for the mailing of payments is:

　　　　Nationstar Mortgage LLC
　　　　ATTN: Bankruptcy Department
　　　　P.O. Box 619094
　　　　Dallas, Texas 75261-9741

3. Should Debtor(s) provide sufficient proof of payments made (front & back copies of cancelled checks and/or money orders) but not credited, Movant shall adjust the account accordingly.

4. In the event that any of the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting relief from the automatic stay as to the mortgaged premises and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to said Order. The Order shall be in the form set forth in the proposed form of order filed by Movant with its instant Motion for Relief, or in a form substantially similar. ("Movant" in this paragraph and hereinafter refers to Movant or to any of its successors or assignees, should the claim be assigned or transferred.)

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the loan, mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   February 13, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant/Creditor
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 2-13-18

Marc Kranson, Esquire
Attorney for Debtors

Date: 2/16/18

Frederick L. Reigle
Chapter 13 Trustee

Case No. 17-15300 REF                    Stipulation                        Page 3 of 3

Approved and SO ORDERED by the Court this _____ day of _____, 20___.
However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Richard E. Fehling

**Date: February 21, 2018**