United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis M. Rice  
Tammy S Rice  
     Debtors

Case No. 17-15300-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 01, 2018  
                 Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.  
db/jdb     +Dennis M. Rice,    Tammy S Rice,    7165 Carls Hill Road,    Zionsville, PA 18092-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV KMcDonald@blankrome.com  
         KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV bkyefile@rasflaw.com  
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MARC    KRANSON    on behalf of Debtor Dennis M. Rice mgwbankruptcy@yahoo.com, r53506@notify.bestcase.com  
         MARC    KRANSON    on behalf of Joint Debtor Tammy S Rice mgwbankruptcy@yahoo.com, r53506@notify.bestcase.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    NRZ REO IV CORP. bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dennis M. Rice and Tammy S Rice
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−15300−ref
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 1st day of March 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Richard E. Fehling
                                        Chief Judge ,
                                        United States Bankruptcy Court