# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   DENNIS M. RICE                           : Chapter 13
        TAMMY S. RICE                            :
                                                                : Bankruptcy No.17-15300REF
        Debtor                                         :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part 1. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

.  XXXX  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

.  _____  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you check the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

.XXX  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that or a dependent of mine uses as a residence, claims as a

homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $155,675* in value in the aggregate.

._____I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mines uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in  522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:

Date:  2/01/2018                            By: /s/Tammy S. Rice
                                                TAMMY S. RICE

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   DENNIS M. RICE                        :   Chapter 13
         TAMMY S. RICE                   :
                                                :   Bankruptcy No.17-15300REF
                    Debtor              :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part 1. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:


. XXXX I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.


._____ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.


*Part II. If you check the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

.XXX I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that or a dependent of mine uses as a residence, claims as a

homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $155,675* in value in the aggregate.

._____I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mines uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in  522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:

Date:\_\_2/01/2018\_\_\_\_\_                                    By: /s/Dennis M. Rice_____
                                                                                    DENNIS. M. RICE