IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis M. Rice<br>Tammy S. Rice<br><br>                          Debtors<br><br>U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV<br>                          v.<br>Dennis M. Rice<br>Tammy S. Rice<br>                         and<br>William R. Miller<br>                         Trustee | Chapter 13<br><br><br><br>NO. 17-15300 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 21, 2018   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV to pursue its rights under state law and its loan documents regarding the premises 7165 Carls Hill Road Zionsville, PA 18092.

**Date: August 7, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list