United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15300-ref
Dennis M. Rice                                                            Chapter 13
Tammy S Rice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Aug 07, 2018
                             Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb      +Dennis M. Rice,   Tammy S Rice,   7165 Carls Hill Road,   Zionsville, PA 18092-2208
cr          +NATIONSTAR MORTGAGE LLC, Et al.,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bnc@atlasacq.com Aug 08 2018 02:28:35    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 08 2018 02:34:18
              NCEP, LLC by AIS Data Services, LP as agent,   PO Box 165028,   Irving, TX 75016-5028
                                                                                          TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          U.S. BANK NATIONAL ASSOCIATION
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
              Pass-Through Trust IV bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
              Pass-Through Trust IV bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              MARC  KRANSON    on behalf of Debtor Dennis M. Rice mgwbankruptcy@yahoo.com,
              r53506@notify.bestcase.com
              MARC  KRANSON    on behalf of Joint Debtor Tammy S Rice mgwbankruptcy@yahoo.com,
              r53506@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   NRZ REO IV CORP. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
              Pass-Through Trust IV bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dennis M. Rice
      Tammy S. Rice

                Debtors

U.S. Bank National Association as Trustee for
NRZ Pass-Through Trust IV
                v.
Dennis M. Rice
Tammy S. Rice
              and
William R. Miller

                Trustee

Chapter 13

NO. 17-15300 REF

### ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 21, 2018   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow U.S. Bank National Association as Trustee for NRZ Pass-Through Trust IV to pursue its rights under state law and its loan documents regarding the premises 7165 Carls Hill Road Zionsville, PA 18092.

**Date: August 7, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list