UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

DENNIS M. RICE
TAMMY S. RICE

                                : Bankruptcy No. 17-15300REF
Debtor(s)          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

4/18/19

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARC KRANSON ESQ
523 WALNUT STREET
ALLENTOWN PA 18101-

DENNIS M. RICE
TAMMY S. RICE
7165 CARLS HILL ROAD
ZIONSVILLE,PA.18092