United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-15300-ref
Dennis M. Rice                                                  Chapter 13
Tammy S Rice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +Dennis M. Rice,    Tammy S Rice,    7165 Carls Hill Road,    Zionsville, PA 18092-2208
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +NATIONSTAR MORTGAGE LLC, Et al.,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14012617        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13962715       +KML Law Group PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13968883       +Nationstar Mortgage,    c/o Matteo Weiner, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13982820       +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
13962717       +Sandtander Consumer USA,    5201 Rufe Snow Drive,    North Richland Hills, TX 76180-6036
13998694       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
13962718       +U.S. Bank National Association,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:48
                 NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:20
                 NCEP, LLC by AIS Portfolio Services, LP as agent,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13995682       +E-mail/Text: bnc@atlasacq.com Apr 19 2019 02:47:22      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13964961       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 19 2019 02:48:06      KeyBank N.A.,
                 4910 Tiedeman Rd,    Brooklyn, Ohio 44144-2338
13975613       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:47
                 NCEP, LLC by AIS Portfolio Services, LP as agent,    c/o AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
13962716       +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2019 02:50:15      OneMain,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
13987947       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13966622        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2019 02:50:51       T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
           Pass-Through Trust IV bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
           Pass-Through Trust IV kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARC   KRANSON    on behalf of Debtor Dennis M. Rice mgwbankruptcy@yahoo.com,
           r53506@notify.bestcase.com
          MARC   KRANSON    on behalf of Joint Debtor Tammy S Rice mgwbankruptcy@yahoo.com,
           r53506@notify.bestcase.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
           Pass-Through Trust IV bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NRZ REO IV CORP. bkgroup@kmllawgroup.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

DENNIS M. RICE
TAMMY S. RICE

       Debtor(s)          : Bankruptcy No. 17-15300REF
                                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

4/18/19

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MARC KRANSON ESQ
523 WALNUT STREET
ALLENTOWN PA 18101-

DENNIS M. RICE
TAMMY S. RICE
7165 CARLS HILL ROAD
ZIONSVILLE,PA.18092